No. 98–5763. COLON *v.* FLORIDA COMMISSION ON ETHICS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 98–5766. STEWART *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 98–5767. SMITH *v.* MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5769. JENKINS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–5770. KING *v.* MOODEY. C. A. 11th Cir. Certiorari denied.

No. 98–5776. COLLINS *v.* AUGUSTA HOUSING AUTHORITY, CITY OF AUGUSTA, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 98–5777. BOYD *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–5779. MEANES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5781. MITCHELL *v.* TPI RESTAURANTS. C. A. 11th Cir. Certiorari denied.

No. 98–5782. OATEY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–5787. FAUSTINO RIVERA *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 98–5788. PATTERSON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–5792. KEESLING *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–5796. CLIFFORD *v.* BOZZELLA ET AL. C. A. 4th Cir. Certiorari denied.